1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| **MICHELE LAWSON** | ) | Case No. CIV 07-2489 CMK |
| xxx-xx-3710 | ) | |
| | ) | |
| **Plaintiff,** | ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | ) | |
| **MICHAEL J. ASTRUE** | ) | |
| **Commissioner of Social Security** | ) | |
| **of the United States of America,** | ) | |
| **Defendant.** | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 28 to June 13, 2008.   This is plaintiff's first request for an extension and is required due to plaintiff's counsel's very heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

1 | Dated: April 23, 2008

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: April 23, 2008

McGregor W. Scott

United States Attorney

*/s/ Leo R. Montenegro*
LEO R. MONTENEGRO
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.


DATED: April 29, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2