1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE LAWSON<br>xxx-xx-3710<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>**Commissioner of Social Security**<br>of the United States of America,<br><br>      Defendant. | Case No.  CIV 07-2489 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 13, 2008 to June 25, 2008.  This additional extension is required due to plaintiff's counsel's overly ambitious briefing schedule.

/ / / /

/ / / /

/ / / /

1

1
2  Dated: June 12, 2008                    */s/Bess M. Brewer*
                                           BESS M. BREWER
3                                          Attorney at Law

4                                          Attorney for Plaintiff

5
6  Dated: June 12, 2008                    McGregor W. Scott

7                                          United States Attorney

8                                          */s/  Leo Montenegro*
                                           LEO MONTENEGRO
9                                          Special Assistant U.S. Attorney
                                           Social Security Administration
10
11                                         Attorney for Defendant

12
13                                         **ORDER**

14  APPROVED AND SO ORDERED.

15
16   DATED:  June 13, 2008

17
                                           _____
18                                         **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28

2