```
BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131
```

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELE LAWSON**<br>**xxx-xx-3710**<br><br>        **Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>        **Defendant.** | Case No.  CIV 07-2489 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 25, 2008 to July 2, 2008.   This additional extension is required due to plaintiff's counsel's overly ambitious briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
|1| | |
|2|Dated: June 24, 2008|*/s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law|
|3| | |
|4| |Attorney for Plaintiff|
|5| | |
|6|Dated: June 24, 2008|McGregor W. Scott|
|7| |United States Attorney|
|8| |/s/  *Leo Montenegro*<br>LEO MONTENEGRO|
|9| |Special Assistant U.S. Attorney<br>Social Security Administration|
|10| | |
|11| |Attorney for Defendant|

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 25, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2